IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY ELMORE,

    Plaintiff,

v.                                                       CASE NO. 4:05-cv-00138-MP-AK

MONICA DAVID, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that Plaintiff's complaint be dismissed as barred by the statute of limitations. The plaintiff filed objections, doc. 10. The Magistrate Judge correctly determined that plaintiff's § 1983 challenge to the application of 1996 legislation to his parole release date accrued on the day in 1997 when plaintiff became aware his parole would be denied. Thus, plaintiff should have filed the current action no later than 2001. The present action was filed in 2005. The Court finds no support for plaintiff's argument in his objections that equitable tolling applies or that the cause of action should be deemed to have arisen at any other date. Finally, plaintiff does not explain how considering the "totality of plaintiff's claims" would change the result. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein, this action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this   *3rd* day of January, 2006

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge